427 A.2d 268

Weaver, a minor et al. v. Thomas, Appellant v. Weaver, et al.

Argued November 15, 1979. James A. Beinkemper, for appellant; Robert L. Franke, submitted a brief on behalf of Grant Weaver, a minor, et al.; James F. O'Malley, submitted a brief on behalf of Scott, James and Marilyn Weaver, appellees.

Before PRICE, HESTER and CAVANAUGH, JJ.

Order affirmed.